# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE RUTH S.
OSHINS REVOCABLE FAMILY TRUST
DATED OCTOBER 27, 1980, AS
AMENDED AND RESTATED.

GARY WASSNER; AND CATHY
WASSNER,

                              Appellants,

vs.

RICHARD A. OSHINS; AND STEVEN J.
OSHINS,

                              Respondents.

No. 79615

**FILED**

NOV 02 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Nancy L. Allf, District Judge
      John Walter Boyer, Settlement Judge
      Snell & Wilmer, LLP/Las Vegas
      Snell & Wilmer, LLP/Reno
      Solomon Dwiggins & Freer, Ltd.
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-39803